GEORGE W. LORD et al., Respondents, *v.* SPENCER D. RICH-
ARDSON et al., Appellants.

(Argued June 15, 1886; decided June 22, 1886.)

*William E. Ayres* for appellants.

*Homer Weston* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.